UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division


FILED
OCT - 5 2010
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

T-MOBILE NORTHEAST LLC,

    Plaintiff,

v.    ACTION NO. 4;10cv82

THE CITY COUNCIL OF THE CITY
OF NEWPORT NEWS, VIRGINIA,
and
THE CITY OF NEWPORT NEWS, VIRGINIA,

    Defendants.

## ORDER

This matter comes before the court on the Motion to Dismiss, filed by the defendant, The City of Newport News, Virginia, on July 28, 2010. The matter was referred to a United States Magistrate Judge by order of August 17, 2010, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge conducted a hearing on September 7, 2010. The Magistrate Judge's Report and Recommendation was filed on September 9, 2010. The magistrate judge recommended that the Motion to Dismiss the complaint against the City be denied. By copy of the Report and Recommendation, the

parties were advised of their right to file written objections thereto. On September 23, 2010, the court received the defendants' Objections to the Magistrate Judge's Report and Recommendation, and on October 4, 2010, the court received the plaintiff's Response to defendants' objections.

The court, having examined the objections by the defendants to the Report and Recommendation and having made de novo findings with respect thereto, does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed September 9, 2010. Accordingly, the defendant's, The City of Newport News, Virginia, Motion to Dismiss the complaint is hereby **DENIED**.

The Clerk shall forward a copy of this Order to counsel for the parties.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 5, 2010